**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHARLES J. BOUDREAUX** | ***CIVIL NO. 6:14-2950** |
| **VERSUS** | ***MAGISTRATE JUDGE HANNA** |
| **STOCKSTILL BOAT RENTALS, INC.** | ***BY CONSENT OF THE PARTIES** |

# JUDGMENT

For the reasons stated on the record in open court on March 10, 2016;

**IT IS ORDERED** that judgment be entered in favor of the plaintiff, Charles J. Boudreaux, against the defendant, Stockstill Boat Rentals, Inc., for damages in the sum of $767,210.40.

**IT IS FURTHER ORDERED** that plaintiff is awarded pre-judgment interest on all past damages at the rate of .65 % from the date of the accident.

**IT IS FURTHER ORDERED** that plaintiff is awarded post-judgment interest at the rate provided by 28 U.S.C. § 1961.

**IT IS FURTHER ORDERED** that the defendant, Stockstill Boat Rentals, Inc., is taxed with costs pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure.

Thus done and signed this 15th day of March, 2016 at Lafayette, Louisiana.

**PATRICK J. HANNA**
**UNITED STATES MAGISTRATE JUDGE**